# ELECTRONIC RECORD

COA # 02-13-00573-CR                    OFFENSE: OTHER CRIMINAL

STYLE: Broderick Lamond Gamble v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:    AFFIRMED          TRIAL COURT: County Criminal Court No. 5

DATE: 01/15/15          Publish: NO    TC CASE #:    1289513

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Broderick Lamond Gamble v. The State of Texas          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/01/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**